IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENISE YVONNE DAVIS,**

    **Plaintiff,**

v.

**RATE, TYLER WILLIAMSON,
MATHEUS ARA, EQUITY REALTY,
LISA EVERSGERD, MARTHA
APPRAISALS, ET CASSIA OHASHI,
and CHRIS BROWN,**

    **Defendants.**

Case No. 3:25-CV-63-NJR

## ORDER OF REMAND

**ROSENSTENGEL, Chief Judge:**

    Plaintiff Denise Yvonne Davis removed this case to federal court from the Circuit Court of St. Clair County, Illinois, alleging this Court has subject matter jurisdiction over the action under 28 U.S.C. § 1332. (Doc. 3). A plaintiff, however, is not permitted to remove her own case from state court to federal court. *See* 28 U.S.C. 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the *defendant* or the *defendants*. . . .") (emphasis added). "Courts have continually recognized that when a plaintiff submits [herself] to the jurisdiction of state courts, [s]he is not entitled to the right of removal, which is only conferred upon defendants." *De Cola v. Chaffins*, No. 3:20-CV-00336 JD, 2020 WL 6439020, at *1 (N.D. Ind. May 7, 2020); *see also Lawrence v. Sec'y of State*, 467 F. App'x 523, 525 (7th Cir. 2012) ("[A] plaintiff cannot remove his own case.").

Accordingly, this case is *sua sponte* **REMANDED** to the Circuit Court of St. Clair County, Illinois. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:   January 22, 2025**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**